

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Steven L. Cunningham and
Connie S. Modkins,

\* From the 238th District Court
of Midland County,
Trial Court No. CV60396.

Vs. No. 11-24-00176-CV

\* December 5, 2024

Endeavor Energy Resources, LP,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Appellants' motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Steven L. Cunningham and Connie S. Modkins.